```
PATRICK L. FORTE, State Bar #80050
CORRINE BIELEJESKI, State Bar #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | No. 10-49620 EDJ |
| **CHARLES MOIER SAUNDERS,** | Chapter 13 |
| Debtor. | MOTION TO IMPOSE AUTOMATIC STAY |
| _____/ | |

The above-named debtor applies to the court for an order to impose the automatic stay provided under 11 U.S.C. §362(a) as to all creditors.

(1) Debtor's previous case, 04-40073 RN, filed on January 7, 2004 was dismissed on June 7, 2010 for failure to make plan payments.

(2) Debtor's tax obligation could not have been paid through the previous case as the remaining plan term would exceed 60 months with the proposed monthly payment. The monthly payment needed to pay off the debtor's tax obligation exceeded the amount the debtor could afford.

(3) Debtor is now able to pay off the existing priority tax debt in its entirety with the proposed plan payment and term stated in the Chapter 13 Plan filed on August 23, 2010.

Therefore, debtor respectfully requests the court impose the stay under 11 U.S.C. §362(a) as to all creditors.

**NOTICE IS HEREBY GIVEN:**

(i) That Local Rules 4001-2 & 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribe the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within fourteen (14) days of mailing of this notice;

(ii) A respondent will not be required to, but may, file responsive pleadings, points and authorities, and declarations for any hearing. Any such response shall be filed and served at least 3 days prior to the hearing. Oral opposition may be presented at the hearing.

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv) That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: October 5, 2010

                                        /s/ Corrine Bielejeski
                                        CORRINE BIELEJESKI
                                        Attorney for Debtor