Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900
13trustee@oak13.com

Trustee for Debtor(s)

Entered on Docket
November 01, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed November 1, 2013

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>Charles Moier Saunders<br><br>Debtors(s) | Chapter 13 Case Number:<br>10-49620-MEH13<br><br>In Proceedings Under<br>Chapter 13 of the<br>Bankruptcy Code |

**ORDER OF DISMISSAL AFTER DEFAULT OF CHAPTER 13 PLAN PAYMENTS**

Upon consideration of the declaration dated October 29, 2013 of Martha G. Bronitsky, Chapter 13 Standing Trustee, filed with this Court attesting to the default of debtor(s) under the terms of the plan; upon the continuing default of the debtor. The Court being satisfied that the Chapter 13 Trustee served the debtor(s) and counsel for debtor(s) with a MOTION TO DISMISS CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS, and upon good cause shown.

IT IS THEREFORE ORDERED that the above-referenced case be dismissed, and that any restraining orders heretofore entered in this case are hereby vacated. The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

END OF ORDER

# COURT SERVICE LIST

| | |
|---|---|
| Charles Moier Saunders<br>14975 Hamricks Grade<br>Sutter Creek, CA 95685-9654<br><br>(Debtor) | Patrick L Forte Atty<br>1 Kaiser Plaza #480<br>Oakland, CA 94612<br><br>(Counsel for Debtor) |
| Citibusiness Card<br>Po Box 44230<br>Jacksonville, FL 32231 | Contra Costa County Tax Coll<br>Po Box 631<br>Martinez, CA 94553 |
| Contra Costa County<br>Po Box 631<br>Martinez, CA 94553 | Ecast Settlement Corp<br>Po Box 35480<br>Newark, NJ 07193-5480 |
| Ecast Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ 07193 | Edd Bankruptcy Group Mic 92E<br>Po Box 826880<br>Sacramento, CA 94280-0001 |
| Employment Development Department<br>P.O. Box 826880<br>Sacramento, CA 94280 | Fnanb<br>Po Box 42336<br>Richmond, VA 23242 |
| Ford Credit Titling Trust<br>Po Box 537901<br>Livonia, MI 48153-7901 | Ford Motor Credit<br>Po Box 55000 Drawer 55-953<br>Detroit, MI 48255-0953 |
| Ford Motor Credit<br>Po Box 6275<br>Dearborn, MI 48121 | Franchise Tax Board<br>Po Box 2952<br>Sacramento, CA 95812-2952 |
| Owen Mascott, Esq.<br>Po Box 1271<br>Brentwood, CA 94513 | Pinnacle Credit Services<br>Po Box 740933<br>Dallas, TX 75374 |
| United States Treasury<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | Wells Fargo Bank<br>100 W Washington St Mac S4101-08C<br>Phoenix, AZ 85003 |
| Wells Fargo Bank, N.A.<br>Business Direct Division<br>100 W, Washington Street 8Th Flr<br>Phoenix, AZ 85003 | |